*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Amy Beth Holdsworth | ) | Case No. 25–10048–pmm |
|    fka Amy Beth Gormley | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Means Test Calculation 122C–2 Due 1/21/25
Plan Due 1/21/25
Schedules A Due 1/21/25
Schedules B Due 1/21/25
Schedules C Due 1/21/25
Schedules D Due 1/21/25
Schedules E Due 1/21/25
Schedules F Due 1/21/25
Schedules G Due 1/21/25
Schedules H Due 1/21/25
Schedules I Due 1/21/25
Schedules J Due 1/21/25
Statement of Attorney Compensation Due 1/21/25
Statement of Current Monthly Income (122C–1) Due 1/21/25
Statement of Financial Affairs Due 1/21/25
Summary of Assets and Liabilities Due 1/21/25

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: January 7, 2025

By the Court

Patricia M. Mayer
Judge, United States Bankruptcy Court