*Form 130* (3/23)–doc 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Amy Beth Holdsworth ) Case No. 25–10048–pmm
   fka Amy Beth Gormley )
)
   Debtor(s). ) Chapter: 13
)
)

## Amended Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

   Documents and Deadline

   Means Test Calculation 122C–2 Due 1/21/25
   Plan Due 1/21/25
   Schedules A Due 1/21/25
   Schedules B Due 1/21/25
   Schedules C Due 1/21/25
   Schedules D Due 1/21/25
   Schedules E Due 1/21/25
   Schedules F Due 1/21/25
   Schedules G Due 1/21/25
   Schedules H Due 1/21/25
   Schedules I Due 1/21/25
   Schedules J Due 1/21/25
   Statement of Current Monthly Income (122C–1) Due 1/21/25
   Statement of Financial Affairs Due 1/21/25
   Summary of Assets and Liabilities Due 1/21/25

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: January 7, 2025                                                          By the Court

                                                                                             Patricia M. Mayer
                                                                                             Judge, United States Bankruptcy Court