**Pay Statement**
School District of Philadelphia

Page: 1 of 2

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Amy Holdsworth | ███ | | 2025-01-24 | 2025-01-31 |

### Summary

| Description | Current | Year to Date |
|---|---:|---:|
| Gross Earnings | 5,246.25 | 15,738.75 |
| Pretax Deductions | 656.17 | 1,968.51 |
| Employee Tax Deductions | 1,520.83 | 4,562.49 |
| Voluntary Deductions | 59.28 | 177.84 |
| Net Payment | 3,009.97 | 9,029.91 |

### Earnings

| Description | Current | Year to Date |
|---|---:|---:|
| Base Pay 12 Month Earnings Results | 5,246.25 | 15,214.13 |

### Absences

| Description | Current | Year to Date |
|---|---:|---:|
| Vacation Earnings Deduction | 0.00 | -524.62 |
| Vacation Earnings Results | 0.00 | 524.62 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Medical Employee - PC PV 20 Results | 87.70 | 263.10 |
| PSERS Employee Results | 393.47 | 1,180.41 |
| TSA 403B Employee Results | 175.00 | 525.00 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| FIT Withheld | 767.43 | 2,302.29 |
| Social Security Employee Withheld | 319.83 | 959.49 |
| Medicare Employee Withheld | 74.80 | 224.40 |
| SIT Withheld (PA) | 158.37 | 475.11 |
| SUI Employee Withheld (PA) | 3.67 | 11.01 |
| City Withheld (PA,Philadelphia,Philadelphia) | 196.73 | 590.19 |

### Other Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Union Dues CASA Results (0) | 52.46 | 157.38 |
| Wage Continuation Employee Results (0) | 6.82 | 20.46 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---:|
| 67167660 | Police & Fire Federal Credit Union | 3,009.97 |

**Pay Statement**
**School District of Philadelphia**

Page: 1 of 2

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Frederick Holdsworth | ▮▮▮▮▮ | | 2025-01-10 | 2025-01-17 |

### Summary

| Description | Current | Year to Date |
|---|---:|---:|
| Gross Earnings | 4,142.67 | 8,285.34 |
| Imputed Earnings | 8.25 | 16.50 |
| Pretax Deductions | 537.10 | 1,074.20 |
| Employee Tax Deductions | 1,102.77 | 2,205.54 |
| Voluntary Deductions | 269.34 | 536.68 |
| Net Payment | 2,225.21 | 4,452.42 |

### Earnings

| Description | Current | Year to Date |
|---|---:|---:|
| Base Pay 10 Month Earnings Results | 4,478.96 | 9,455.58 |
| Legal Fund Employer PFT Earnings Results | 8.25 | 16.50 |
| Reserve Accrual Earnings Results | -842.20 | -1,684.40 |

### Absences

| Description | Current | Year to Date |
|---|---:|---:|
| Personal Illness Earnings Deduction | -497.66 | -497.66 |
| Personal Illness Earnings Results | 497.66 | 497.66 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| PSERS Employee Results | 310.08 | 620.16 |
| Salary Medical Employee - PFT HMO 20 Results | 62.02 | 124.04 |
| TSA 403B Employee Results | 165.00 | 330.00 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| FIT Withheld | 507.07 | 1,014.14 |
| Social Security Employee Withheld | 253.00 | 506.00 |
| Medicare Employee Withheld | 59.17 | 118.34 |
| SIT Withheld (PA) | 125.28 | 250.56 |
| SUI Employee Withheld (PA) | 2.90 | 5.80 |
| City Withheld (PA,Philadelphia,Philadelphia) | 155.35 | 310.70 |

### Other Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| TSA 403B Roth Employee Results | 225.00 | 450.00 |
| Basic Life Employee Results (0) | 2.00 | 2.00 |
| PAC Fund PFT Results (0) | 1.00 | 2.00 |
| Union Dues PFT Results (0) | 41.34 | 82.68 |

**Pay Statement**
**School District of Philadelphia**

Page: 1 of 1

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Amy Holdsworth | ███ | | 2024-12-27 | 2025-01-03 |

### Summary

| Description | Current | Year to Date |
|---|---:|---:|
| Gross Earnings | 5,246.25 | 5,246.25 |
| Pretax Deductions | 656.17 | 656.17 |
| Employee Tax Deductions | 1,520.83 | 1,520.83 |
| Voluntary Deductions | 59.28 | 59.28 |
| Net Payment | 3,009.97 | 3,009.97 |

### Earnings

| Description | Current | Year to Date |
|---|---:|---:|
| Base Pay 12 Month Earnings Results | 5,246.25 | 5,246.25 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Medical Employee - PC PV 20 Results | 87.70 | 87.70 |
| PSERS Employee Results | 393.47 | 393.47 |
| TSA 403B Employee Results | 175.00 | 175.00 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| FIT Withheld | 767.43 | 767.43 |
| Social Security Employee Withheld | 319.83 | 319.83 |
| Medicare Employee Withheld | 74.80 | 74.80 |
| SIT Withheld (PA) | 158.37 | 158.37 |
| SUI Employee Withheld (PA) | 3.67 | 3.67 |
| City Withheld (PA,Philadelphia,Philadelphia) | 196.73 | 196.73 |

### Other Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Union Dues CASA Results (0) | 52.46 | 52.46 |
| Wage Continuation Employee Results (0) | 6.82 | 6.82 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---:|
| 61089950 | Police & Fire Federal Credit Union | 3,009.97 |

# THE SCHOOL DISTRICT OF PHILADELPHIA
## PHILADELPHIA, PA
### PAY STATEMENT

Check Number: 021045853
Employee ID: ▮▮▮▮▮
Organization: 9CL0
Check Date: 12/20/2024

AMY B HOLDSWORTH
3553 BYRNE RD
PHILADELPHIA PA  19154-3314

| EMPLOYEE NAME | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|
| AMY B HOLDSWORTH | 05 | 00000-52984 | 12/13/2024 | 12/20/2024 | 5,246.25 |

| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| WC5D 30-89 | 9CL | 9CL0 | 118,873.52 | 135,776.14 | 135,776.14 | 135,776.14 |

| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
|---|---|---|---|---|---|---|---|
| 021045853 | 4,590.08 | 5,158.55 | 5,158.55 | | 5,246.25 | | 2,998.78 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 4,721.63 | FEDERAL TAX | 778.63 | 20,152.69 |
| VACATION | | 1.00 | 524.62 | FICA | 319.83 | 8,278.97 |
| | | | | FICA MED | 74.80 | 1,936.21 |
| | | | | MED BENE | 87.70 | 2,244.36 |
| | | | | STATE TAX | 158.36 | 4,099.26 |
| | | | | CITY TAX RES | 196.73 | 5,091.43 |
| | | | | RETIREMENT | 393.47 | 10,108.26 |
| | | | | WAGE CON | 6.82 | 175.26 |
| | | | | TSA-403B | 175.00 | 4,550.00 |
| | | | | CASA DUES | 52.46 | 1,357.71 |
| | | | | UNEMPL TAX | 3.67 | 94.96 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 36.00 | 33.00 | 3.00 | | | |
| PL PREP | | | 0.00 | | | |
| EXCESS PL | | | 0.00 | | | |
| FROZEN PL | 29.66 | | 29.66 | | | |
| VACATION | 306.83 | 270.00 | 36.83 | | | |
| ADDIT. LEAVE | | | 61.15 | | | |

RETAIN THIS STUB FOR YOUR RECORDS. ALL PL, PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

# THE SCHOOL DISTRICT OF PHILADELPHIA
## PHILADELPHIA, PA
### PAY STATEMENT

| | |
|---|---|
| Check Number: | 021024303 |
| Employee ID: | [REDACTED] |
| Organization: | 9CL0 |
| Check Date: | 12/06/2024 |

AMY B HOLDSWORTH
3553 BYRNE RD
PHILADELPHIA PA  19154-3314

| EMPLOYEE NAME | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|
| AMY B HOLDSWORTH | 05 | 00000-52984 | 11/29/2024 | 12/06/2024 | 5,246.25 |

| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| WC5D 30-89 | 9CL | 9CL0 | 114,283.44 | 130,529.89 | 130,529.89 | 130,529.89 |

| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
|---|---|---|---|---|---|---|---|
| 021024303 | 4,590.08 | 5,158.55 | 5,158.55 | | 5,246.25 | | 2,998.78 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 5,246.25 | FEDERAL TAX | 778.63 | 19,374.06 |
| | | | | FICA | 319.83 | 7,959.14 |
| | | | | FICA MED | 74.80 | 1,861.41 |
| | | | | MED BENE | 87.70 | 2,156.66 |
| | | | | STATE TAX | 158.36 | 3,940.90 |
| | | | | CITY TAX RES | 196.73 | 4,894.70 |
| | | | | RETIREMENT | 393.47 | 9,714.79 |
| | | | | WAGE CON | 6.82 | 168.44 |
| | | | | TSA-403B | 175.00 | 4,375.00 |
| | | | | CASA DUES | 52.46 | 1,305.25 |
| | | | | UNEMPL TAX | 3.67 | 91.29 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 36.00 | 33.00 | 3.00 | | | |
| PL PREP | | | 0.00 | | | |
| EXCESS PL | | | 0.00 | | | |
| FROZEN PL | 29.66 | | 29.66 | | | |
| VACATION | 306.83 | 269.00 | 37.83 | | | |
| ADDIT. LEAVE | | | 61.15 | | | |

RETAIN THIS STUB FOR YOUR RECORDS. ALL PL, PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.