# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Amy Beth Holdsworth f/k/a Amy Beth Gormley**<br>　　　　　　　Debtor(s)<br><br>**Lakeview Loan Servicing, LLC**<br>　　　　　　　Movant<br><br>　　　　vs.<br><br>**Amy Beth Holdsworth f/k/a Amy Beth Gormley**<br>　　　　　　　Respondent(s)<br><br>**Kenneth E. West**<br>　　　　　　　Trustee | **CHAPTER 13**<br><br><br>**NO.** 25-10048 DJB |

## **ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by Lakeview Loan Servicing, LLC, it is **Ordered** and **Decreed** that confirmation is **denied**.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Bankruptcy Judge