**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Amy Beth Holdsworth f/k/a Amy Beth Gormley** | CHAPTER 13 |
| **Debtor(s)** | BK. NO. 25-10048 DJB |
| | |
| **Lakeview Loan Servicing, LLC** | |
| **Movant** | |
| **vs.** | |
| | |
| **Amy Beth Holdsworth f/k/a Amy Beth Gormley** | |
| **Respondent(s)** | |

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **March 24, 2025**.

Kenneth E. West (via ECF)
1901 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Michael A. Cibik Esq. (via ECF)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Amy Beth Holdsworth f/k/a Amy Beth Gormley
3553 Byrne Rd
Philadelphia, PA 19154

Date: March 24, 2025

By: /s/ Denise Carlon
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant
bkgroup@kmllawgroup.com